**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| PATSY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-02475-SHL-tmp |
| | ) | |
| MEMPHIS LIGHT GAS AND WATER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("Report") (ECF No. 19), filed October 20, 2017, recommending dismissal of Plaintiff's Complaint for failure to prosecute.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for lack of standing or for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report has passed, and Plaintiff has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the

Magistrate Judge's Report.  Plaintiff's claim against Defendant is **DISMISSED** for failure to prosecute.

      **IT IS SO ORDERED,** this 20th day of November, 2017.

                                        s/ Sheryl H. Lipman

                                        SHERYL H. LIPMAN

                                        UNITED STATES DISTRICT JUDGE